N. J. FALKNER v. SAMUEL R. HUNT and others.

*Pleading -- Discharge in Bankruptcy.*

Where the Court below allowed a defendant to plead his discharge in bankruptcy at Fall Term, 1875, which discharge was granted May 21st, 1869; *Held* not to be error.

MOTION in the cause heard at Fall Term, 1876, of GRAN-VILLE Superior Court, before *Watts, J.*

The defendant Samuel R. Hunt was adjudged a bankrupt in 1868 and on the 21st May, 1869, obtained his discharge in bankruptcy. At Fall Term, 1875, of said Court he moved that he be allowed to plead his discharge, which motion was continued from term to term and heard at Fall Term, 1876. The plaintiff opposed the motion upon the ground that the same was not made in apt time and that the Court had no power after such a lapse of time to allow the motion. His Honor granted leave to file said plea from which order the plaintiff appealed.

*Messrs. L. C. Edwards, J. B. Batchelor* and *Busbee & Busbee,* for plaintiff.
*Mr. D. G. Fowle,* for defendants.

READE, J. His Honor certainly had the *power* to allow the plea of bankruptcy to be put in. And there is nothing to show, and it certainly is not to be presumed that he exercised an arbitrary or capricious *discretion.*

There is no error.

PER CURIAM.                              Judgment affirmed.